## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

Edward E. Kopko, Lawyer, P.C.
Attorney for Defendant
202 East State Street, Ste 403
Ithaca, New York 14850
607.269.1300; Fax 607.269.1301 `
Thursday, December 5, 2024

| | |
|---|---|
| YARON KWELLER<br><br>                Plaintiff,<br><br>v.<br><br>THE COUNTY OF BROOME, THE CITY OF BINGHAMTON, THE BROOME COUNTY DISTRICT ATTORNEY'S OFFICE, DISTRICT ATTORNEY MICHAEL A. KORCHAK, CHIEF ASSISTANT DISTRICT ATTORNEY MARK LOUGHRAN, ASSISTANT DISTRICT ATTORNEY ALYSSA CONGDON, ASSISTANT DISTRICT ATTORNEY AMANDA CRONIN, DISTRICT ATTORNEY INVESTIGATOR JEFF J. WAGNER, BINGHAMTON POLICE DEPARTMENT CHIEF JOSEPH ZIKUSKI, BINGHAMTON POLICE DEPARTMENT CAPTAIN CORY MINOR, BINGHAMTON POLICE DEPARTMENT INVESTIGATOR AMANDA MILLER, all in their individual capacities, and JOHN DOES 1-10, representing Broome County District Attorney's Office and Police Department Employees Whose Names Are Currently Unknown, HAILEY DEMKOVICH, and SAMANTHA HERCEG,<br><br>                Defendants. | Case No. 3:24-cv-1328 (DNH/ML) |

## NOTICE OF APPEARANCE

I am admitted to practice in this Court and I appear in this case as counsel for

Defendant, Hailey Demkovich. All notices given in this action and all papers filed herein

shall be served upon the undersigned at the address shown below.

Edward E. Kopko

Edward E. Kopko, Lawyer, P.C.

NY USDC Bar Roll No. 510874

Attorney for Defendant, Hailey Demkovich

202 East State St, Ste 403

Ithaca, New York 14850

607.269.1300; Fax 607.269.1301

office@kopko.law

Thursday, December 5, 2024

cc:
Elena Fast (Via: ECF)
Karen Newirth (Via: ECF)
Oscar Michelen (Via: ECF)
Conor Lynch (Via: ECF)
Gabriella Levine (Via: ECF)
William S. Nolan (Via: ECF)
Hailey Demkovich (Via: email)