UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **YARON KWELLER**, | **STIPULATION AND CONSENT TO AN EXTENSION OF TIME** |
| Plaintiff, | Civil Action No.: 3:24-cv-1328 |
| v. | (DNH/ML) |
| **THE COUNTY OF BROOME, THE CITY OF BINGHAMTON, THE BROOME COUNTY DISTRICT ATTORNEY'S OFFICE, DISTRICT ATTORNEY MICHAEL A. KORCHAK, CHIEF ASSISTANT DISTRICT ATTORNEY MARK LOUGHRAN, ASSISTANT DISTRICT ATTORNEY ALYSSA CONGDON, ASSISTANT DISTRICT ATTORNEY AMANDA CRONIN, DISTRICT ATTORNEY INVESTIGATOR JEFF J. WAGNER, BINGHAMTON POLICE DEPARTMENT CHIEF JOSEPH ZIKUSKI, BINGHAMTON POLICE DEPARTMENT CAPTAIN CORY MINOR, BINGHAMTON POLICE DEPARTMENT INVESTIGATOR AMANDA MILLER, all in their individual capacities, and JOHN DOES 1-10, representing Broome County District Attorney's Office and Police Department Employees Whose Names Are Currently Unknown, HAILEY DEMKOVICH, and SAMANTHA HERCEG**, | |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED THAT**, by and between counsel for the parties as listed below, that the time for Defendant, Samantha Herceg, to answer, move, or otherwise respond to Plaintiff's Complaint in the above-captioned matter is hereby extended to, and including, January 17, 2025.

In consideration of the extension above, counsel for Defendant Samantha Herceg hereby appears in this proceeding, acknowledges that the Summons, Complaint, and Notice of Electronic Filing were duly served on Defendant, and Defendant hereby waives any defense related to insufficiency of process, insufficiency of service of process, and lack of personal

jurisdiction. However, Defendant does not waive, and expressly reserves, all other claims, rights, defenses, and arguments to which she may be entitled.

    This Stipulation may be executed in counterparts, which taken together shall be deemed one original document.

| | |
|---|---|
| Date: December 13, 2024 | Date: December 13, 2024 |
| **CUOMO, LLC** | **BOUSQUET HOLSTEIN, PLLC** |
| s/Oscar Michelen | /s/ Kavitha Janardhan |
| Oscar Michelen, Esq. | Kavitha Janardhan, Esq. |
| *Attorneys for Plaintiff Yaron Kweller* | *Attorneys for Defendant, Samantha Herceg* |
| 200 Old Country Road, Suite 2 South | 110 West Fayette Street, Suite 1000 |
| Mineola, NY 11501-4242 | Syracuse, New York 13202 |
| Tel: 516-741-3222 | Tel: (315) 422-1500 |
| E-Mail: omichelen@cuomollc.com | E-Mail: kjanardhan@bhlawpllc.com |

7285313.1

IT IS SO ORDERED:

_____
Miroslav Lovric
U.S. Magistrate Judge

Dated: December 16, 2024
       Binghamton, NY

- 2 -