

One Commerce Plaza
Albany, New York 12260
518.487.7600 phone
518.487.7777 fax

Gabriella R. Levine
Associate
518.487.7773 phone
glevine@woh.com

December 18, 2024

**VIA ECF**

Hon. David N. Hurd
U.S. District Court Judge
United States District Court
Northern District of New York
445 Broadway
Albany, New York 12207

Hon. Miroslav Lovric
U.S. Magistrate Judge
United States District Court
Northern District of New York
445 Broadway
Albany, New York 12207

      Re:    *Yaron Kweller v. The County of Broome, et. al.*
             Case No. 3:24-cv-01328-DNH-ML

Dear Judge Hurd:

      This firm represents Defendants City of Binghamton, Police Chief Joseph T. Zikuski, Captain Cory Minor and Detective Amanda Miller (the "City of Binghamton Defendants") in the above-referenced matter. I am writing to request leave of the Court to file a memorandum of law in support of the City of Binghamton Defendants' motion to dismiss in excess of the twenty-five-page limit set forth in this Court's local rules. The City of Binghamton Defendants respectfully request ten additional pages given the number of claims involved in this case.

      Thank you for your time and attention to this matter.

                          Respectfully submitted,

                          *s/Gabriella R. Levine*

                          Gabriella R. Levine

Hon. David N. Hurd
December 18, 2024
Page 2

cc:     VIA ECF
        Elena Fast, Esq. (elena@fastlawpc.com)
        Oscar Michelen, Esq. (omichelen@cuomollc.com)
        Karen A. Newirth, Esq. (karen@newirth-law.com)
        Edward E. Kopko, Esq. (office@kopko.law)
        Robert A. Barrer, Esq. (rbarrer@barclaydamon.com)
        Nicholas Constantino, Esq. (nconstantino@barclaydamon.com)
        Kavitha Janardhan, Esq. (kjanardhan@bhlawpllc.com)
        Lawrence M. Ordway, Jr., Esq. (lordway@bhlawpllc.com)