## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

Edward E. Kopko, Esq.
Edward E. Kopko, Lawyer, P.C.,
Attorney for Defendant, Hailey Demkovich
202 East State Street, Ste 403
Ithaca, New York 14850
607.269.1300; 607.269.1301 fax
office@kopko.law

| | |
|---|---|
| Yaron Kweller<br><br>                    Plaintiff,<br><br>v.<br><br>THE COUNTY OF BROOME, THE CITY OF BINGHAMTON, THE BROOME COUNTY DISTRICT ATTORNEY'S OFFICE, DISTRICT ATTORNEY MICHAEL A. KORCHAK, CHIEF ASSISTANT DISTRICT ATTORNEY MARK LOUGHRAN, ASSISTANT DISTRICT ATTORNEY ALYSSA CONGDON, ASSISTANT DISTRICT ATTORNEY AMANDA CRONIN, DISTRICT ATTORNEY INVESTIGATOR JEFF J. WAGNER, BINGHAMTON POLICE DEPARTMENT CHIEF JOSEPH ZIKUSKI, BINGHAMTON POLICE DEPARTMENT CAPTAIN CORY MINOR, BINGHAMTON POLICE DEPARTMENT INVESTIGATOR AMANDA MILLER, all in their individual capacities, and JOHN DOES 1-10, representing Broome County District Attorney's Office and Police Department Employees Whose Names Are Currently Unknown, HAILEY DEMKOVICH, and SAMANTHA HERCEG.,<br>                    Defendants. | Case No. 3:24-cv-01328-DNH-ML |

## DEFENDANT HAILEY DEMKOVICH'S
## ANSWER AND AFFIRMATIVE DEFENSES

Defendant, Hailey Demkovich, by and through her Attorney, Edward E. Kopko,

Answers to Paragraphs 1-302 of Plaintiff's Complaint as follows:

1.

1. Deny the allegation contained in paragraph 1.

2. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 2.

3. Deny the allegation contained in paragraph 3.

4. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 4.

5. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 5.

6. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 6.

7. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 7.

8. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 8.

9. The demand for a jury trial is not a legal contention or a factual assertion that requires a response.

10. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 10.

11. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 11.

12. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 12.

13. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 13.

14. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 14.

15. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 15.

16. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 16.

17. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 17.

18. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 18.

19. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 19.

20. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 20.

21. Admit the allegation contained in paragraph 21.

22. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 22.

23. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 23.

24. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 24.

25. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 25.

26. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 26.

27. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 27.

28. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 28.

29. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 29.

30. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 30.

31. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 31.

32. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 32.

33. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 33.

34. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 34.

35. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 35.

36. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 36.

37. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 37.

38. Deny the allegation contained in paragraph 38.

39. Deny the allegation contained in paragraph 39.

40. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 40.

41. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 41.

42. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 42.

43. Deny the allegation contained in paragraph 43.

44. Deny the allegation contained in paragraph 44.

45. Deny the allegation contained in paragraph 45.

46. Deny the allegation contained in paragraph 46.

47. Deny the allegation contained in paragraph 47.

48. Deny the allegation contained in paragraph 48.

49. Deny the allegation contained in paragraph 49.

50. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 50.

51. Deny the allegation contained in paragraph 51.

52. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 52.

53. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 53.

54. Deny the allegation contained in paragraph 54.

55. Deny the allegation contained in paragraph 55.

**Mr. Kweller Learns that Defendants Herceg and Demkovich Were Falsely Accusing Him of Rape**

56. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 56.

57. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 57.

58. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 58.

59. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 59.

60. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 60.

61. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 61.

62. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 62.

63. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 63.

64. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 64.

65. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 65.

66. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 66.

**Defendants Herceg and Demkovich's Electronic Communications and Data from the Night in Question and the Days Following Make Clear that Any Sexual Contact Was Consensual, but that They Believed and Agreed that a False Rape Accusation Could Benefit them Personally**

67. Deny the allegation contained in paragraph 67.

68. Deny the allegations contained in paragraphs 68 a-ff.

**BPD 's Initial Investigation Finds No Support for Defendant Herceg and Defendant Demkovich's Allegations, Instead Uncovering Many Reasons to Doubt their Veracity and Reliability**

69. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 69.

70. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 70.

71. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 71.

72. Deny the allegation contained in paragraph 72.

73. Deny the allegation contained in paragraph 73.

74. Deny the allegation contained in paragraph 74.

75. Deny the allegation contained in paragraph 75.

76. Deny the allegation contained in paragraph 76.

77. Deny the allegation contained in paragraph 77.

78. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 78.

79. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 79.

80. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 80.

81. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 81.

82. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 82.

83. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 83.

84. Deny the allegation contained in paragraph 84.

85. Deny the allegation contained in paragraph 85.

86. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 86.

87. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 87.

**Despite the Lack of Any Credible Evidence Supporting Defendant Herceg and Defendant Demkovich's False Allegations, They are Leaked to the Public, Resulting in a Frenzy of Rapidly Proliferating Lies, Destroying Plaintiff's Reputation and Livelihood**

88. Lack knowledge sufficient to form a belief regarding the allegations contained in paragraphs 88a, 88b, 88i, and 88ii.

89. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 89.

90. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 90.

91. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 91.

92. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 92.

93. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 93.

94. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 94.

95. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 7.

96. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 8.

97. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 97.

98. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 98.

99. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 99.

100. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 100.

101. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 101.

102. Deny the allegation contained in paragraph 102.

103. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 103.

### The Broome County District Attorney's Office Joins the Investigation into Defendants Herceg and Demkovich's Allegations

104. Lack knowledge sufficient to form a belief regarding the allegation contained in paragraphs 104.

105. Lack knowledge sufficient to form a belief regarding the allegations contained in paragraphs 105 a-g.

106.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 106.

107.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 107.

108.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 108.

109.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 109.

110.    Deny the allegation contained in paragraph 110.

111.    Deny the allegation contained in paragraph 111.

112.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 112.

113.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 113.

114.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 114.

115.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 115.

116.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 116.

117.     Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 117.

118.     Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 118.

119.     Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 119a-e.

120.     Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 120.

121.     Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 121.

122.     Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 122.

123.     Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 123.

124.     Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 124.

125.     Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 125.

126.     Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 126.

127.     Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 127.

## Mr. Kweller Is Arrested Without Probable Cause

128.     Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 128.

129.     Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 129.

130.     Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 130.

131.     Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 131.

132.     Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 132.

133.     Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 133.

134.     Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 134.

135.     Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 135.

136.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 136.

137.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 137.

138.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 138.

139.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 139.

140.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 140.

141.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 141.

142.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 142a-c.

143.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 143.

144.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 144.

145.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 145.

146.        Deny the allegation contained in paragraph 146.

147.        Deny the allegation contained in paragraph 147.

## The Baseless Prosecution Proceeds

148.        Lack knowledge sufficient to form a belief regarding the allegation
contained in paragraph 148.

149.        Lack knowledge sufficient to form a belief regarding the allegation
contained in paragraph 149.

150.        Lack knowledge sufficient to form a belief regarding the allegation
contained in paragraph 150.

151.        Lack knowledge sufficient to form a belief regarding the allegation
contained in paragraph 151.

152.        Lack knowledge sufficient to form a belief regarding the allegation
contained in paragraph 152.

153.        Lack knowledge sufficient to form a belief regarding the allegation
contained in paragraph 153.

154.        Lack knowledge sufficient to form a belief regarding the allegation
contained in paragraph 154.

155.        Lack knowledge sufficient to form a belief regarding the allegation
contained in paragraph 155.

156.      Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 156a and 156b.

157.      Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 157.

158.      Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 158.

159.      Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 159.

160.      Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 160.

161.      Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 161 a-e.

162.      Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 162.

**A Forensic Image of Defendant Demkovich's Phone – and its Exculpatory Contents– is Finally Produced to Plaintiff, Leor Kweller, and Jordan Rindgen**

163.      Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 163.

164.      Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 164.

165.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 165.

166.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 166.

167.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 167.

168.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 168.

169.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 169.

170.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 170.

171.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 171.

172.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 172.

173.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 173.

174.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 174.

175.      Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 175.

176.      Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 176.

177.      Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 177.

178.      Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 178.

179.      Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 179.

180.      Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 180.

181.      Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 181.

182.      Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 182.

**The Case Against Plaintiff and Jordan Rindgen Proceeds to Trial, Despite All of the Evidence Exonerating Them and Revealing the Falsity of Defendant Herceg and Defendant Demkovich's Allegation, and They are Promptly Acquitted**

183.      Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 183.

184.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 184.

185.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 185.

186.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 186.

187.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 187.

**DAMAGES**

188.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 188.

189.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 189.

190.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 190.

**FEDERAL CLAIMS**
**FIRST CAUSE OF ACTION**
**42 U.S.C. § 1983**
**Fourth and Fourteenth Amendment False Arrest and Malicious Prosecution**
*Against Defendants Korchak, Congdon, Cronin, Wagner, Minor, Zikuski and Miller*

191.    The allegations contained in paragraph 191 are not allegations to which a response of pleading is required.

192.      Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 192.

193.      Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 193.

194.      Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 194.

195.      Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 195.

196.      Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 196.

197.      Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 197.

## SECOND CAUSE OF ACTION
### 42 U.S.C. § 1983
**Fourteenth Amendment Deprivation of Liberty Without Due Process of Law and Denial of a Fair Trial by Fabricating Evidence, Withholding Material Exculpatory and Impeachment Evidence, and Deliberately Failing to Conduct a Constitutionally Adequate Investigation**
*Against Defendants Korchak, Congdon, Cronin, Wagner, Minor and Miller*

198.      The allegations contained in paragraph 198 are not allegations to which a response of pleading is required.

199.      Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 199.

200.     Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 200.

201.     Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 201.

202.     Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 202.

203.     Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 203.

204.     Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 204.

205.     Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 205.

### THIRD CAUSE OF ACTION
#### 42 U.S.C. § 1983
#### Failure to Intervene
*Against Defendants County of Broome, City of Binghamton, Korchak, Loughran, Congdon, Cronin, Wagner, Minor, Miller and Zikuski*

206.     The allegations contained in paragraph 206 are not allegations to which a response of pleading is required.

207.     Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 207.

208.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 208.

209.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 209.

210.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 210.

**FOURTH CAUSE OF ACTION .S.C. § 1983**

**Supervisory Liability** *Against Defendant Korchak, Defendant Loughran, Defendant Minor, and Defendant Zikuski*

211.    The allegations contained in paragraph 211 are not allegations to which a response of pleading is required.

212.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 212.

213.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 213.

214.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 214.

215.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 215.

216.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 216.

217.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 217.

## FIFTH CAUSE OF ACTION
### 42 U.S.C. § 1983
### *Monell* Claim

*Against Defendant County of Broome for the Actions and Omissions of the Broome County DA's Office and its employees*

218.    The allegations contained in paragraph 218 are not allegations to which a response of pleading is required.

219.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 219.

220.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 220.

221.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 221.

222.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 222.

223.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 223.

224.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 224.

225.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 225.

226.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 226.

227.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 227.

228.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 228.

229.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 229.

230.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 230.

231.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 231.

232.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 232.

233.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 233.

234.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 234.

235.     Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 235.

236.     Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 236.

237.     Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 237.

238.     Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 238.

239.     Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 239.

240.     Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 240.

241.     Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 241.

242.     Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 242.

### SIXTH CAUSE OF ACTION
### *Monell* Claim for the Unconstitutional BPD Custom or Policy
*Against Defendants City of Binghamton, Zikuski, and Minor*

243.     The allegations contained in paragraph 243 are not allegations to which a response of pleading is required.

244.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 244.

245.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 245.

246.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 246.

247.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 247.

248.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 248.

249.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 249.

250.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 250.

251.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 251.

252.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 252.

253.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 253.

254.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 254.

255.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 255.

256.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 256.

257.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 257.

258.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 258.

259.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 259.

260.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 260.

261.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 261.

262.    Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 262.

**SEVENTH CAUSE OF ACTION**
**42 S.C. § 1983 Civil Rights Conspiracy**
*Against All Defendants*

263.    The allegations contained in paragraph 263 are not allegations to which a

response of pleading is required.

264.    Deny the allegation contained in paragraph 264.

265.    Deny the allegation contained in paragraph 265.

266.    Deny the allegation contained in paragraph 266.


**STATE LAW CLAIMS**
**EIGHTH CAUSE OF ACTION**
**False Arrest and Malicious Prosecution**
*Against All Defendants*

267.    The allegations contained in paragraph 267 are not allegations to which a

response of pleading is required.

268.    Deny the allegation contained in paragraph 268.

269.    Deny the allegation contained in paragraph 269.

270.    Deny the allegation contained in paragraph 270.

271.    Deny the allegation contained in paragraph 271.

272.    Deny the allegation contained in paragraph 272.

273.    Deny the allegation contained in paragraph 273.

274.    Deny the allegation contained in paragraph 274.

275.    Deny the allegation contained in paragraph 275.

276.    Deny the allegation contained in paragraph 276.

277.    Deny the allegation contained in paragraph 277.

278.    Deny the allegation contained in paragraph 278.

279.    Deny the allegation contained in paragraph 279.

280.    Deny the allegation contained in paragraph 280.


**NINTH CAUSE OF ACTION**
**Intentional, Reckless, or Negligent Infliction of Emotional Distress**
*Against All Defendants*

281.    The allegations contained in paragraph 281 are not allegations to which a

response of pleading is required.

282.    Deny the allegation contained in paragraph 282.

283.    Deny the allegation contained in paragraph 283.

284.    Deny Lack the allegation contained in paragraph 284.

285.    Deny the allegation contained in paragraph 285.


**TENTH CAUSE OF ACTION**
**Article I, §§ 6 and 12 of the New York State Constitution**
*Against All Defendants*

286.    The allegations contained in paragraph 286 are not allegations to which a

response of pleading is required.

287.    Deny the allegation contained in paragraph 287.

288.    Deny Lack the allegation contained in paragraph 288.

289.        Deny the allegation contained in paragraph 289.

## ELEVENTH CAUSE OF ACTION
### *Respondeat Superior*
*Against City of Binghamton and County of Broome*

290.        The allegations contained in paragraph 290 are not allegations to which a response of pleading is required.

291.        Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 291.

292.        Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 292.

293.        Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 293.

294.        Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 294.

## TWELFTH CAUSE OF ACTION
### Abuse of Process
*Against The City of Binghamton and Defendants Korchak and Zikuski*

295.        The allegations contained in paragraph 295 are not allegations to which a response of pleading is required.

296.        Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 296.

297.     Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 297.

298.     Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 298.

299.     Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 299.

300.     Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 300.

301.     Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 301.

302.     Lack knowledge sufficient to form a belief regarding the allegation contained in paragraph 302.

## AFFIRMATIVE DEFENSES

1. The defendant has absolute immunity.

2. The defendant has qualified immunity.

3. The defendant is not a state actor.

4. All of the allegations against the plaintiff in the underlying criminal prosecution were true.

5. The Federal Court lacks supplemental jurisdiction over the New York State law claims

6.  The Complaint fails to state a claim upon which relief can be granted.

7.  Any damages sustained by the plaintiff were entirely or substantially caused by the negligence of other persons or parties for whom answering defendant has no responsibility.

8.  Plaintiff failed to mitigate his damages.

9.  The answering defendant breached no duty of care to plaintiff.

10. Plaintiff's action is barred by the applicable Statute of Limitations.

11. Plaintiff's claims are barred or limited by the doctrines of release, collateral estoppel and/or waiver.

12. Plaintiff's Complaint fails to state a cause of action against answering defendant upon which relief can be granted.

13. Plaintiff failed to give timely notice of a claim.

14. Plaintiff's claims may be barred or limited, either in whole or in part, due to acts or omissions of the plaintiff.

15. Plaintiff's damages are speculative and, therefore, plaintiff is barred from recovery.

16. No conduct on the part of answering defendant contributed to plaintiff's alleged damages.

17. Any damages claimed by plaintiff, if any, were not actually or proximately caused by an act or omission on the part of answering defendant.

18. Answering defendant reserves the right to assert such further affirmative defenses as may become known through discovery or as this matter progresses.

**WHEREFORE**, answering defendant Hailey Demkovich hereby demands judgment in its favor against plaintiff and dismissal of the Complaint, plus all interest, fees and costs as the Court deems just and proper.

Edward E. Kopko, Esq
Edward E. Kopko, Lawyer, P.C.
NY USDC Bar Roll No. 510874
Attorney for Defendant, Hailey Demkovich
202 East State Street, Ste 403
Ithaca, New York 14850
T: 607.269.1300; F: 607.269.1301
office@kopko.law