UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| YARON KWELLER, | **NOTICE OF MOTION** |
| Plaintiff, | Case No. 3:24-cv-01328-ECC-ML |
| - against - | |
| THE COUNTY OF BROOME, THE CITY OF BINGHAMTON, THE BROOME COUNTY DISTRICT ATTORNEY'S OFFICE, DISTRICT ATTORNEY MICHAEL A. KORCHAK, CHIEF ASSISTANT DISTRICT ATTORNEY MARK LOUGHRAN, ASSISTANT DISTRICT ATTORNEY ALYSSA CONGDON, ASSISTANT DISTRICT ATTORNEY AMANDA CRONIN, DISTRICT ATTORNEY INVESTIGATOR JEFF J. WAGNER, BINGHAMTON POLICE DEPARTMENT CHIEF JOSEPH ZIKUSKI, BINGHAMTON POLICE DEPARTMENT CAPTAIN CORY MINOR, BINGHAMTON POLICE DEPARTMENT INVESTIGATOR AMANDA MILLER, all in their individual capacities, and JOHN DOES 1-10, representing Broome County District Attorney's Office and Police Department Employees Whose Names Are Currently Unknown, HAILEY DEMKOVICH, and SAMANTHA HERCEG, | |
| Defendants. | |

---

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, and all prior pleadings and proceedings had herein, Defendants the City of Binghamton, Binghamton Police Department Chief Joseph Zikuski, Binghamton Police Department Captain Cory Minor, Binghamton Police Department Investigator Amanda Miller, and Unnamed Police Department John Does #1-10 (collectively "Defendants"), by and through their undersigned attorneys, Whiteman Osterman & Hanna LLP, hereby move this Court before the Honorable Elizabeth C. Coombe at the United States Courthouse and Federal Building, 100 S. Clinton Street, Syracuse,

New York, for an Order, pursuant to Fed. R. Civ. Pro. 12(b)(6), dismissing Plaintiff's Complaint in this action in its entirety and with prejudice, and for such other and further relief as the Court shall deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Fed. R. Civ. Pro. 12(a)(1)(C), and Northern District of New York Local Rule 7.1(a), unless otherwise ordered by the Court, Plaintiff must file and serve its opposition papers no more than twenty-one (21) days after service of the motion.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Northern District of New York Local Rule 7.1(a), Defendants' reply, if any, shall be filed and served at least seven (7) days after service of Plaintiff's opposition papers, unless otherwise agreed upon and/or directed by the Court.

Dated:  December 27, 2024                     WHITEMAN OSTERMAN & HANNA LLP

BY:  *s/ Gabriella R. Levine*
William S. Nolan, Esq. (BR No. 512108)
Gabriella R. Levine, Esq. (BR No. 700080)
Conor Lynch, Esq. (BR No. 705755)
*Attorneys for Defendants*
*City of Binghamton, Binghamton Police Department Chief Joseph Zikuski, Binghamton Police Department Captain Cory Minor, Binghamton Police Department Investigator Amanda Miller and Police Department John Does #1-10*
One Commerce Plaza
Albany, New York 12260
Telephone: (518) 487-7600
wnolan@woh.com
glevine@woh.com
clynch@woh.com

TO:  Elena Fast, Esq.
THE FAST LAW FIRM
*Attorneys for Plaintiff*
521 Fifth Avenue, 17th Floor
New York, New York 10175
elena@fastlawpc.com

2

Oscar Michelen, Esq.
CUOMO LLC
*Attorneys for Plaintiff*
200 Old Country Road, Suite 2 South
Mineola, New York 11501
omichelen@cuomollc.com

Karen A. Newirth, Esq.
NEWIRTH LAW PLLC
*Attorneys for Plaintiff*
43 West 43rd Street, Suite 160
New York, New York 10036
karen@newirth-law.com