

200 Old Country Road, Suite 2 South, Mineola, NY 11501/Tel: (516) 741-3222/Fax: (516) 741-3223

January 6 , 2025

**VIA ECF**
Hon. Elizabeth C. Coombe
U.S. District Judge
US District Courthouse
15 Henry Street
Binghamton NY 13901

**RE:    Yaron Kweller  v. County of Broome et al
          Case No: 24-cv-1328(ECC)(ML)**

Dear Judge Coombe:

    I represent the Plaintiff Yaron Kweller in the above matter. Plaintiff's opposition to the City of Binghamton's Motion to Dismiss is due January 17, 2025.  I am due to start a jury trial on January  8, 2025, and have another sizeable brief due in the Eastern District of New York on January 24, 2025. I have conferred with counsel for the City of Binghamton and subject to the Court's approval we would like to set a new briefing schedule as follows: Plaintiff will have until February 17, 2025, to serve and file opposition papers  and the City of Binghamton and related parties will have until March 7, 2025, to file reply papers if reply is permitted by the Court. Plaintiff consents to movant having leave to reply.
    This is the first time that this deadline would be extended. Thank you.


                         Respectfully submitted,

                         */s/ Oscar Michelen*

                         OSCAR MICHELEN


cc:  All counsel  (via ecf)