UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

YARON KWELLER,

                Plaintiff,

-against-

THE COUNTY OF BROOME, et al.,

                Defendants.

**STIPULATION ACCEPTING SERVICE AND EXTENDING TIME FOR ALYSSA CONGDON TO RESPOND**
Case No. 3:24-cv-01328 (ECC/ML)

**IT IS HEREBY STIPULATED**, by and between the undersigned, the attorneys for the Plaintiff and Defendant ASSISTANT DISTRICT ATTORNEY ALYSSA CONGDON ("CONGDON"), that JAMES C. KNOX, ESQ., as attorney for defendant CONGDON, hereby accepts service of the Summons and Complaint for defendant CONGDON, and that the time for Defendant CONGDON to answer, move or otherwise respond is extended up to and including January 31, 2025.

Dated: January 16, 2025

| HACKER MURPHY, LLP | CUOMO, LLC |
|---|---|
| By: s/ James C. Knox | By: s/ Oscar Michelen |
|     James C. Knox |     Oscar Michelen |
|     Bar Roll No. 517109 |     Bar Roll No. |
| *Attorneys for Defendant Assistant District Attorney Alyssa Congdon* | *Attorneys for Plaintiff* |
| Office & P.O. Address | 200 Old Country Road, Suite 2 South |
| 28 Second Street | Mineola, NY  11501 |
| Troy, New York   12180 | Telephone:    (516) 741-3223 |
| Telephone:  (518) 274-5820 | |

**IT IS SO ORDERED:**

_____
U.S. Magistrate
Dated: January _____, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2025, I electronically filed the foregoing Stipulation using the CM/ECF system, which sent notification of such filing to the following:

Cuomo LLC
Attn: Oscar Michelen
200 Old Country Road, Suite 2 South
Mineola, NY 11501
Omichelen@cuomollc.com
*Attorneys for Plaintiff*

The Fast Law Firm, LLC
Attn: Elena Fast
521 Fifth Avenue, 17th Floor
New York, NY 10175
Elena@fastlawpc.com
*Attorneys for Plaintiff*

Newirth Law, PLLC
Attn: Karen A. Newirth
43 West 43rd Street, Suite 160
New York, NY 10036
Karen@newirth-law.com
*Attorneys for Plaintiff*

Whiteman, Osterman & Hanna, LLP
Attn: Conor Lynch, Gabriella Levine, William S. Nolan
One Commerce Plaza
Albany, NY 12260
clynch@woh.com
Glevine@woh.com
Wnolan@woh.com
*Attorneys for Defendants City of Binghamton, Police Chief Joseph T. Zikuski, Captain Cory Minor and Detective Amanda Miller*

Law Office of Edward E. Kopko
Attn: Edward E. Kopko
202 East State Street, Suite 403
Ithaca, NY 14850
office@kopkolaw.com
*Attorneys for Defendant Hailey Demkovich*

Barclay Damon, LLP
Attn: Robert A. Barrer, Nicholas Constantino
125 East Jefferson Street
Syracuse, NY 13202
rbarrer@barclaydamon.com
nconstantino@barclaydamon.com
*Attorneys for Defendant District Attorney Michael A. Korchak,*
*Assistant District Attorney Mark Loughran*

Bousquet Holstein, PLLC
Attn: Kavitha Janardhan, Lawrence Ordway, Jr.
110 West Fayette Street
One Lincoln Center
Suite 1000
Syracuse, NY 13202
kjanardham@bhlawpllc.com
lordway@bhlawpllc.com
*Attorneys for Defendant Samantha Herceg*

        s/ James C. Knox
        James C. Knox
        Bar Roll No. 517109