

Benjamin W. Hill, Esq.
*Partner*

January 30, 2025

*Via ECF*

Hon. Miroslav Lovric
United States Magistrate Judge
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, NY 13901

    Re: *Kweller v. County of Broome et al.*, 3:24-CV-1328

Dear Judge Lovric:

    This office represents Defendant Amanda Cronin in the above-referenced matter. Upon consent of Plaintiff's counsel, I would respectfully request that Defendant Cronin be granted an extension to February 24, 2025, to respond to the Complaint.

    Please do not hesitate to contact me with any questions.

    Respectfully submitted,

    **CAPEZZA HILL, LLP**

By: _____
    Benjamin W. Hill

Cc: All counsel (via ECF)

30 South Pearl Street | Suite P-110 | Albany, New York 12207
518-478-6065 | ben@capezzahill.com