UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

YARON KWELLER,

        *Plaintiff*,

vs.

BROOME COUNTY, et al.,

        *Defendants*.

**NOTICE OF MOTION TO DISMISS**

Civil Action No.:
3:24-cv-01328-ECC-ML

| | |
|---|---|
| **MOTION BY:** | Defendants Michael A. Korchak and Mark Loughran |
| **DATE, TIME AND PLACE OF HEARING:** | On the _____ day of _____, 2025 at _____ a.m./p.m. before the Honorable Elizabeth C. Coombe, U.S.D.J. at the U.S. District Courthouse for the Northern District of New York, 100 S. Clinton Street, Syracuse, New York. |
| **SUPPORTING PAPERS:** | Memorandum of Law dated February 3, 2025 |
| **RELIEF DEMANDED AND GROUNDS:** | Dismissal pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure because the Complaint fails to state a claim for relief against the moving Defendants; the moving Defendants also seek such other, further and different relief as the Court deems just and proper. |
| **REPLY:** | Pursuant to Rule 7.1(a)(1) of the Local Rules of Practice for the U.S. District Court for the Northern District of New York, papers submitted in opposition to the within motion must be filed with the Clerk and served upon counsel for these moving defendants no more that twenty-one days after service of the motion, exclusive of that day. Upon receipt of opposition papers, the moving parties intend to file and serve reply papers in accordance with Rule 7.1. |

30641926.1

**DATED:** February 3, 2025          **BARCLAY DAMON LLP**

By:    *s/ Erin M. Tyreman*_____
         Erin M. Tyreman. (Bar Roll No. 700711)
         Robert A. Barrer (Bar Roll No. 101099)

*Attorneys for Defendants Michael A. Korchak and Mark Loughran*

Office and Post Office Address
Barclay Damon Tower
125 East Jefferson Street
Syracuse, New York 13202
Telephone: (315) 425-2751
Facsimile: (315) 425-8544
E-mail: etyreman@barclaydamon.com
             rbarrer@barclaydamon.com

30641926.1

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2025, I filed the foregoing Notice of Motion to Dismiss of Michael A. Korchak and Mark Loughran with the CM/ECF system which sent notification of such filing to the following:

**THE FAST LAW FIRM, P.C.**
Attn: Elena Fast
521 Fifth Avenue 17th Floor
New York, NY 10175

**CUOMO LLC**
Attn: Oscar Michelen
200 Old Country Road, Suite 2 South
Mineola, NY 11501

**NEWIRTH LINEHAN PLLC**
Attn: Karen A. Newirth
43 West 43rd Street, Suite 160
New York, NY 10036

**WHITEMAN OSTERMAN & HANNA LLP**
Attn: Conor Lynch, Gabriella Levine, William S. Nolan
One Commerce Plaza
Albany, NY 12260
*Attorneys for City of Binghamton Defendants*

**LAW OFFICE OF EDWARD E. KOPKO**
Attn: Edward E. Kopko
202 East State Street, Suite 403
Ithaca, NY 14850
*Attorneys for Defendant Hailey Demkovich*

**BOUSQUET HOLSTEIN PLLC**
Attn: Lawrence M. Ordway, Jr., Kavitha Janardhan
110 West Fayette Street, Suite 1000
Syracuse, NY 13202
*Attorneys for Defendant Samantha Herceg*

30641926.1

**THE WLADIS FIRM, PC**
Attn: Christopher Baiamonte
Timothy J. Lambrecht
6312 Fly Road
East Syracuse, NY 13057
*Attorneys for Broome County and*
*Broome County District Attorney's Office*

**HACKER MURPHY LLC**
Attn: James C. Knox
Julie A. Cociolo
Alisha Elena Bhiomani
28 Second Street
Troy, New York 12180
*Attorneys for Defendant Alyssa Congdon*

**CAPEZZA HILL, LLP**
Attn: Benjamin W. Hill
Alexandra N. von Stackelberg
30 South Pearl Street, P-110
Albany, New York 12207
*Attorneys for Defendant Amanda Cronin*

                          s/ Erin M. Tyreman
                             Erin M. Tyreman
                             Bar Roll No. 700711