UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Edward E. Kopko, Esq.
Edward E. Kopko, Lawyer, P.C.,
Attorney for Defendant, Hailey Demkovich
202 East State Street, Ste 403
Ithaca, New York 14850
607.269.1300; 607.269.1301 fax
office@kopko.law

| | |
|---|---|
| Yaron Kweller<br>　　　　　　　Plaintiff,<br>v.<br>THE COUNTY OF BROOME, THE CITY OF BINGHAMTON, THE BROOME COUNTY DISTRICT ATTORNEY'S OFFICE, DISTRICT ATTORNEY MICHAEL A. KORCHAK, CHIEF ASSISTANT DISTRICT ATTORNEY MARK LOUGHRAN, ASSISTANT DISTRICT ATTORNEY ALYSSA CONGDON, ASSISTANT DISTRICT ATTORNEY AMANDA CRONIN, DISTRICT ATTORNEY INVESTIGATOR JEFF J. WAGNER, BINGHAMTON POLICE DEPARTMENT CHIEF JOSEPH ZIKUSKI, BINGHAMTON POLICE DEPARTMENT CAPTAIN CORY MINOR, BINGHAMTON POLICE DEPARTMENT INVESTIGATOR AMANDA MILLER, all in their individual capacities, and JOHN DOES 1-10, representing Broome County District Attorney's Office and Police Department Employees Whose Names Are Currently Unknown, HAILEY DEMKOVICH, and SAMANTHA HERCEG.,<br>　　　　　　　Defendants. | Case No. 3:24-cv-01328-DNH-ML |

**DEFENDANT HAILEY DEMKOVICH'S REPLY TO THE CROSSCLAIM OF MICHAEL A. KORCHAK AND MARK LOUGHRAN**

Defendant, Hailey Demkovich, by and through her Attorney, Edward E. Kopko, responds as follows to the Crossclaim of Defendants Loughran and Korchak:

1.

1. DENIES the allegations contained in paragraph 324 of the Amended Answer and Crossclaim.

**GENERAL DENIAL**

2. Defendant Demkovich DENIES each and every allegation which is not admitted, denied, or otherwise responded to in this Reply and further Denies any allegation(s) that she is liable in any way to Defendants Loughran and Korchak.

**FIRST AFFIRMATIVE DEFENSE**

3. The crossclaim of Defendants Loughran and Korchak fails to state a cause of action upon which relief can be granted and should therefore be dismissed. The crossclaim contains only bare allegations of liability, without pleading facts giving rise to said liability, and does not adequately provide Defendant Demkovich with notice of the nature of the claim asserted against her. The crossclaim does not allow Defendant Demkovich to determine which of allegations in the underlying complaint that Defendants Loughran and Korchak base their claim for indemnity and contribution.

**SECOND AFFIRMATIVE DEFENSE**

4. Defendant Demkovich's conduct was at all times reasonable, proper, in good faith and in compliance with applicable law.

### THIRD AFFIRMATIVE DEFENSE

5. To the extent that the damages, if any, sought by Defendants Loughran and Korchak through their crossclaim were caused or contributed to, in whole or in part, by intervening and superseding causative factors, the crossclaim brought against Defendant Demkovich should be barred.

### FOURTH AFFIRMATIVE DEFENSE

6. The damages, if any, sought by Defendants Loughran and Korchak through their crossclaim were caused or brought about by the negligence of a third person or third persons over whom defendant Demkovich had no control and/or for whose acts she was not responsible.

### FIFTH AFFIRMATIVE DEFENSE

7. Defendants Loughran and Korchak failed to mitigate their damages.

### SIXTH AFFIRMATIVE DEFENSE

8. Defendant Demkovich is not a state actor and cannot be held liable for the alleged constitutional violations asserted by Plaintiff.

### RESERVATION OF RIGHTS

9. Defendant Demkovich reserves her right to amend her Reply and supplement the foregoing defenses and raise additional defenses or to assert counterclaims or crossclaims, without waiver, which may become apparent through the course of this litigation to the fullest extent allowed by law or equity.

## JURY DEMAND

10. Defendant Demkovich demands a trial by jury.

WHEREFORE, Defendant Demkovich prays for this Court to dismiss the Crossclaim of Defendants Loughran and Korchak asserted against her and award such other and further relief as the Court deems fair and proper and to the maximum extent permitted by law or equity.

*[signature]*

Edward E. Kopko, Esq
Edward E. Kopko, Lawyer, P.C.
NY USDC Bar Roll No. 510874
Attorney for Defendant, Hailey Demkovich
202 East State Street, Ste 403
Ithaca, New York 14850
T: 607.269.1300; F: 607.269.1301
office@kopko.law

## CERTIFICATE OF SERVICE

I hereby certify that on Wednesday, February 19, 2025, I caused the foregoing Reply of Hailey Demkovich to be filed with the CM/ECF system which sent notification of such filing to the following:

**BARCLAY DAMON LLC**
Attn: Robert A. Barrer
125 East Jefferson Street
Syracuse, NY 13202
rbarrer@barclaydamon.com
*Attorneys for Defendants Michael A. Korchak and Mark Loughran*

4.

...

**ZIFF LAW FIRM**
Attn: Michael D. Brown, Esq.
303 William St., P.O. Box 1338
Elmira, NY 14901-1338
mbrown@zifflaw.com
*Attorneys for Plaintiff Jordan Rindgen*

**WHITEMAN OSTERMAN & HANNA LLP**
Attn: Conor Lynch, Gabriella Levine, William S. Nolan
One Commerce Plaza
Albany, NY 12260
Wnolan@woh.Com
Glevine@woh.Com
Wnolan@woh.Com
*Attorneys for Defendants City of Binghamton,*
*Police Chief Joseph T. Zikuski,*
*Captain Cory Minor and Detective Amanda Miller*

**BOUSQUET HOLSTEIN PLLC**
Attn: Kavitha Janardhan, Esq.
Lawrence M. Ordway, Jr.
110 West Fayette Street, Suite 1000
Syracuse, New York 13202
kjanardhan@bhlawpllc.com
lordway@bhlawpllc.com
*Attorneys for Defendant Samantha Herceg*

**HACKER MURPHY LLC**
Attn: James C. Knox
28 Second Street
Troy, New York 12180
jknox@hackermurphy.com
*Attorneys for Defendant Alyssa Congdon*

Edward E. Kopko, Esq
Edward E. Kopko, Lawyer, P.C.

NY USDC Bar Roll No. 510874
Attorney for Defendant, Hailey Demkovich
202 East State Street, Ste 403
Ithaca, New York 14850
T: 607.269.1300; F: 607.269.1301
office@kopko.law

6.