UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

YARON KWELLER,

                *Plaintiff*,

  -against-

THE COUNTY OF BROOME, THE CITY OF
BINGHAMTON, THE BROOME COUNTY
DISTRICT ATTORNEY'S OFFICE, DISTRICT
ATTORNEY MICHAEL A. KORCHAK, CHIEF
ASSISTANT DISTRICT ATTORNEY MARK
LOUGHRAN, ASSISTANT DISTRICT ATTORNEY
ALYSSA CONGDON, ASSISTANT DISTRICT
ATTORNEY AMANDA CRONIN, DISTRICT
ATTORNEY INVESTIGATOR JEFF J. WAGNER,
BINGHAMTON POLICE CHIEF JOSEPH ZIKUSKI,
BINGHAMTON POLICE DEPARTMENT CAPTAIN
CORY MINOR, BINGHAMTON POLICY
DEPARTMENT INVESTIGATOR AMANDA
MILLER, all in their individual capacities, and JOHN
DOES ## 1-10 representing Broome County District
Attorney's Office and Police Department Employees
Whose Names Are Currently Unknown, HAILEY
DEMKOVICH, and SAMANTHA HERCEG,

                *Defendants*.
_____

**MEMORANDUM OF LAW**

3:24-CV-1328 (ECC-ML)

      **PLEASE TAKE NOTICE** that upon the enclosed Memorandum of Law, the undersigned, on behalf of Defendant Amanda Cronin (hereinafter "Ms. Cronin"), shall move this Court upon submission of the papers before the Honorable Elizabeth C. Coombe, United States District Court Judge for an order pursuant to Federal Rule of Civil Procedure 12(c) for judgment on the pleadings in Ms. Cronin's favor and for such other and further relief as the Court deems appropriate.

      **PLEASE TAKE FURTHER NOTICE** that pursuant to Rule 7.1(a)(1) of the Local Rules of Practice of the United States District Court for the Northern District of New York, any papers to be submitted in opposition to this motion must be filed with the Clerk of the Court and served

upon counsel for Ms. Cronin no more than twenty-one (21) days after service of this motion, or on such other date as ordered by the Court.

DATED: February 24, 2025

**CAPEZZA HILL, LLP**

_____
Benjamin W. Hill, Esq.
Alexandra N. von Stackelberg, Esq.
Attorneys for Amanda Cronin
30 South Pearl Street, P-110
Albany, New York 12207
(518) 478-6065
ben@capezzahill.com

2