# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### CLERK'S CERTIFICATE OF ACTION TAKEN ON PLAINTIFF(S) REQUEST FOR ENTRY OF DEFAULT

Yaron Kweller

vs.   CASE NUMBER: **3:24-cv-1328 (ECC/ML)**

Jeff J. Wagner

I, JOHN M. DOMURAD, CLERK, by Matthew Gerace, Deputy Clerk, certify that I have reviewed the Court's docket and have determined that proof of proper service for the party against whom judgment is being sought has been filed and that this party has not appeared in the action. Accordingly, entry of default is hereby noted and entered on this 19th day of March, 2025 against Jeff J. Wagner.

Dated:   March 19, 2025

Clerk of Court

By: s/ Matthew Gerace

Deputy Clerk