UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YARON KWELLER,<br><br>                                                         Plaintiff,<br><br>v.<br><br>THE COUNTY OF BROOME, THE CITY OF BINGHAMTON, THE BROOME COUNTY DISTRICT ATTORNEY'S OFFICE, MICHAEL A. KORCHAK, District Attorney, individual capacity, MARK LOUGHRAN, Chief Assistant District Attorney, individual capacity, ALYSSA CONGDON, Assistant District Attorney, individual capacity, AMANDA CRONIN, Assistant District Attorney, individual capacity, JEFF J. WAGNER, District Attorney Investigator, individual capacity, JOSEPH ZIKUSKI, Binghamton Police Department Chief, individual capacity, CORY MINOR, Binghamton Police Department Captain, individual capacity, AMANDA MILLER, Binghamton Police Department Investigator, individual capacity, JOHN DOES 1–10, representing Broome County District Attorneys Office and Police Department Employees Whose Names Are Currently Unknown, HAILEY DEMKOVICH, and SAMANTHA HERCEG,<br><br>                                                         Defendants. | Civil Action No.:<br>3:24-cv-01328 (AJB/ML) |

## NOTICE OF MOTION

| | |
|---|---|
| Motion By: | Defendant Jeff J. Wagner. |
| Time and Place of Hearing: | Returnable before the Hon. Anthony J. Brindisi, U.S. District Judge, at the United States District Courthouse in Utica, New York. |
| Relief and Basis: | Defendant Wagner respectfully requests an Order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing Plaintiff's Complaint in its entirety with prejudice, together with such other and further relief as the Court may deem just and proper. |
| Supporting Papers: | Memorandum of Law. |

1

Dated: May 15, 2025

Respectfully submitted,

**HANCOCK ESTABROOK, LLP**

By: _____
James J. O'Shea, Esq. (Bar Roll #516403)
Lillian A. Pfhol, Esq. (admission pending)
Erica L. Masler, Esq. (Bar Roll #703595)
*Attorneys for Defendant Jeff J. Wagner*
1800 AXA Tower I, 100 Madison Street
Syracuse, New York 13202
Telephone: 315-565-4500
joshea@hancocklaw.com

To: All counsel of record via CM/ECF

2