UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------------------x

JORDAN RINDGEN,

                                          Plaintiff,

vs.

                                                      **Action 1**
                                                      24cv1325(AJB)(MJK)

BROOME COUNTY; BROOME COUNTY DISTRICT ATTORNEY'S
OFFICE; FORMER BROOME COUNTY DISTRICT ATTORNEY
MICHAEL A. KORCHAK; FORMER CHIEF ASSISTANT DISTRICT
ATTORNEY MARK LOUGHRAN; ASSISTANT DISTRICT
ATTORNEY ALYSSA CONGDON; ASSISTANT DISTRICT
ATTORNEY AMANDA CRONIN; DISTRICT ATTORNEY
INVESTIGATOR JEFF J. WAGNER; UNIDENTIFIED JANE/JOHN
DOE #1-10 BROOME COUNTY EMPLOYEES; CITY OF BINGHAMTON;
POLICE CHIEF JOSEPH T. ZIKUSKI; CAPTAIN CORY MINOR;
DETECTIVE AMANDA MILLER; UNIDENTIFIED JANE/JOHN
DOE #1-10 CITY OF BINGHAMTON EMPLOYEES; HAILEY
DEMKOVICH; and SAMANTHA HERCEG, all named individuals are
sued in their individual capacities;

                                          Defendants
-------------------------------------------------------------------------------------------x.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------------------x

YARON KWELLER,

                                          Plaintiff,

                                                      **Action 2**
          -against-                                   24cv1328(AJB)(MJK)

THE COUNTY OF BROOME, THE CITY OF BINGHAMTON,
THE BROOME COUNTY DISTRICT ATTORNEY'S OFFICE,
DISTRICT ATTORNEY MICHAEL A. KORCHAK,
CHIEF ASSISTANT DISTRICT ATTORNEY MARK LOUGHRAN,
ASSISTANT DISTRICT ATTORNEY ALYSSA CONGDON,
ASSISTANT DISTRICT ATTORNEY AMANDA CRONIN,
DISTRICT ATTORNEY INVESTIGATOR JEFF J. WAGNER,
BINGHAMTON POLICE DEPARTMENT CHIEF JOSEPH
ZIKUSKI, BINGHAMTON POLICE DEPARTMENT CAPTAIN
CORY MINOR, BINGHAMTON POLICE DEPARTMENT
INVESTIGATOR AMANDA MILLER, all in their individual capacities,
and JOHN DOES 1-10, representing Broome County District Attorney's
Office and Police Department Employees Whose Names Are Currently
Unknown, HAILEY DEMKOVICH, and SAMANTHA HERCEG.
                                          Defendants.

-------------------------------------------------------------------------------------------x

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------------------x

LEOR KWELLER and ZOE LIBERMAN,

                                   Plaintiff,

           -against-

THE COUNTY OF BROOME, THE CITY OF BINGHAMTON,
THE BROOME COUNTY DISTRICT ATTORNEY'S OFFICE,
DISTRICT ATTORNEY MICHAEL A. KORCHAK, CHIEF
ASSISTANT DISTRICT ATTORNEY MARK LOUGHRAN,
ASSISTANT DISTRICT ATTORNEY ALYSSA CONGDON,
ASSISTANT DISTRICT ATTORNEY AMANDA CRONIN,
DISTRICT ATTORNEY INVESTIGATOR JEFF J. WAGNER,
BINGHAMTON POLICE DEPARTMENT CHIEF JOSEPH
ZIKUSKI, BINGHAMTON POLICE DEPARTMENT
CAPTAIN CORY MINOR, BINGHAMTON POLICE DEPARTMENT
INVESTIGATOR AMANDA MILLER, all in their individual capacities,
and JOHN DOES 1-10, representing Broome County District Attorney's
Office and Police Department Employees Whose Names Are Currently
Unknown, HAILEY DEMKOVICH, and SAMANTHA HERCEG.

                                   Defendants.

**Action 3**
25cv343(AJB)(MJK)

--------------------------------------------------------------------------------x

## STIPULATION OF CONSOLIDATION FOR DISCOVERY PURPOSES

It is hereby stipulated and agreed to by and between the attorneys for the appearing parties in the above three captioned actions that:

(1). The above three captioned matters be consolidated for purposes of discovery pursuant to FRCP Rule 42(a)(1);

(2). This stipulation may be signed in counterparts;

(3) Facsimile, digital or electronic signatures shall be treated as original signatures on this stipulation;

(4) The stipulation may be filed with the Court without further notice once it is fully executed.

Dated: January 21, 2026

**Plaintiff Jordan Rindgen**

(Action 1)

BY: Michael Brown (Bar # 5105440)
Ziff Law Firm, LLP
303 William Street
Elmira, New York 14902-1338
Office: (607) 733-8866
mbrown@zifflaw.com

**Plaintiffs Yaron Kweller and Leor Kweller**

(Actions 2 and 3)                    s/Oscar Michelen

BY: Oscar Michelen
Michelen Law P.C.
200 Old Country Road   Suite 2 South
Mineola NY 11501
Office: (516)788-0375
oscar@michelenlaw.com

**For Defendant The County of Broome**        s/Timothy Lambrecht (510390)

BY: Timothy Lambrecht
Wladis Law Firm, P.C.
P.O. Box 245
Syracuse, NY 13214
Office (315)-445-1700
tlambrecht@wladislawfirm.com

**For Defendant Alyssa Congdon**        s/James C. Knox (517109)

BY: James C. Knox
Hacker Murphy LLP
28 Second Street
Troy, NY 12180
Office: (518)-274-5820
jknox@hackermurphy.com

**For Defendant Samantha Herceg**          s/Kavitha Janardhan

_____
BY: Kavitha Janardhan
Bousquet Holstein PLLC - Syracuse Office
110 West Fayette Street
One Lincoln Center    Suite 1000
Syracuse, NY 13202-1387
Office: (315)-422-1500
kjanardhan@bhlawpllc.com


SO ORDERED:


_____
Hon. Mitchell J. Katz
U.S. Magistrate Judge

Dated: January 21, 2026