Hailey L. Demkovich
422 Payne Road
Endicott, NY 13760
607-754-8442 (home)
607-727-8101 (cell)
Hdemkovich1125@yahoo.com

January 7, 2026

The Honorable Mitchell Katz
US District Judge
United States District Court, Northern District of New York
100 S. Clinton Street
Syracuse, NY 13261

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JAN 30 2026
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Syracuse

Case 3:24 – cv01328
Case 3:24 – cv01325
Case 3:24 - cv00343

Dear Judge Mitchell Katz,

I am writing to inform the court that per the attached emails, Edward Kopko has advised me that he will no longer be representing me due to an inability to afford his services.

I have spent the past several months contacting numerous attorney offices, all of whom have advised me that a retainer fee would be upwards of $15,000.00 and that the total cost of representation would be in the hundreds of thousands. This is money I simply do not have and therefore, I cannot afford to hire anyone to represent myself. Due to the extreme duress that this has put on me, I do not have the mental or emotional bandwidth to represent myself. I also currently work both a full-time and part-time job, which does not allow me the adequate time necessary to represent myself in this very complicated legal matter.

I categorically deny any and all claims that continue to be made against me, however I need the assistance of an attorney to file appropriate responses to those claims. I am unsure of how to proceed but wanted to make the court aware of my situation. Additionally, I was recently served with the papers from Leor Kweller and am respectfully requesting that the court grant me an extension of time to file a response to those claims, as well as an extension of time for matters pertaining to all three cases while I continue to seek legal representation.

Thank you for your time in consideration of this matter.

Sincerely
*[signature]*
Hailey L. Demkovich

Cc:

Alishah Elena Bhimani
Hacker Murphy LLP
41 State St., Suite 604-05
Albany, NY  12207

James C. Knox
Hacker Murphy, LLP
41 State St., Suite 604-05
Albany, NY  12207

Kavitha Janardhan
Bousquet Holstein, PLLC
110 W Fayette Street
Syracuse, NY  13202

Lawrence M. Ordway, Jr..
Bousquet Holstein, PLLC
110 W Fayette Street
Syracuse, NY  13202

Karen A. Newirth
Newirth Linehan, PLLC
43 West 43rd Street, Suite 160
New York, NY  10036

Andrea L. Zellan
Sarafa Zellan, PLLC
43 West 43rd Street, Suite 370
New York, NY  10036

Oscar Michelin
Michelen Law, P.C.
535 5th Avenue, 25th Floor
New York, NY  10017

Christina F. Vitolo
Whiteman, Osterman & Hanna LLP
One Commerce Plaza
19th Floor
Albany, NY  12260

William S. Nolan
Whiteman, Osterman & Hanna LLP
One Commerce Plaza
19th Floor
Albany, NY  12260

Michael D. Brown
Ziff Law Firm
303 William Street
Elmira, NY 14901

US District Court Clerk
James M. Hanley Federal Building
100 S Clinton Street
Syracuse, NY 13261



Val Demkovich <vdemkovich1125@gmail.com>

## Cross Claims Filed against Hailey
6 messages

---

**val demkovich** <vdemkovich1125@gmail.com>  Tue, Oct 21, 2025 at 9:44 AM
To: Edward Kopko <ekopko@kopko.law>, Tristyn Ahart <tahart@kopko.law>
Cc: Hailey Demkovich <hdemkovich1125@yahoo.com>

Good Morning,
My apologies to keep emailing however, we are left in a complete state of confusion over this entire situation.

We have just learned that the ADA, Alyssa Congdon, who had the case has now filed cross claims against Hailey and her friend.

May I ask what the cost would be for you to answer those claims while we are still trying to figure out where to go from here?

Thank you.

Val Demkovich

---

**val demkovich** <vdemkovich1125@gmail.com>  Thu, Oct 23, 2025 at 9:25 AM
To: Edward Kopko <ekopko@kopko.law>, Tristyn Ahart <tahart@kopko.law>
Cc: Hailey Demkovich <hdemkovich1125@yahoo.com>

Good Morning
I am writing again as I respectfully need some clarification on what we should do? We have not been formally advised that Alyssa Congdon has filed cross claims, we only learned that because the other victim let us know that her attorney let her know. It was filed on October 15 and needs to be responded to within 21 days. To our knowledge via the court, your office is still our attorney on file so I am assuming that your office was made aware of this claim. We are seeking new representation although as you know, we are not people with money. Kind of ironic that my child is being sued for money when she cannot even afford to defend herself and yet does not have enough to debt to file bankruptcy. The absurdity dumbfounds me.

Can your office please advise us if you will file a response to this cross claim and what that will cost will be? I do understand that we have an outstanding balance with your office and we are working on a way to pay that as well.

Thank you for your time, any response or direction is greatly appreciated.

Sincerely,

Val Demkovich

---

On Tue, Oct 21, 2025 at 9:44 AM val demkovich <vdemkovich1125@gmail.com> wrote:
Good Morning,
My apologies to keep emailing however, we are left in a complete state of confusion over this entire situation.

We have just learned that the ADA, Alyssa Congdon, who had the case has now filed cross claims against Hailey and her friend.

May I ask what the cost would be for you to answer those claims while we are still trying to figure out where to go from here?

Thank you.

Val Demkovich

My apologies to keep emailing however, we are left in a complete state of confusion over this entire situation.

We have just learned that the ADA, Alyssa Congdon, who had the case has now filed cross claims against Hailey and her friend.

May I ask what the cost would be for you to answer those claims while we are still trying to figure out where to go from here?

Thank you.

Val Demkovich

---

**Val Demkovich** <vdemkovich1125@gmail.com>  
To: Edward Kopko <ekopko@kopko.law>

Thu, Oct 23, 2025 at 2:25 PM

Of course. Just wondering who is responsible for notifying the court that you are no longer her attorney? It is my understanding that this is something that needs to formally be done?

Sent from my iPhone

> On Oct 23, 2025, at 1:33 PM, Edward Kopko <ekopko@kopko.law> wrote:
>
> I know this is a very difficult time and I am very sorry to say that I can no longer represent her without getting paid. I'm certain you understand.
>
> Edward E Kopko, Lawyer, P.C.
> *Please be sure to send all communication to office@kopko.law. Communication to this address will be distributed to the entire staff for a prompt response. Service by email is both accepted and encouraged.*
>
> **From:** val demkovich <vdemkovich1125@gmail.com>  
> **Sent:** Thursday, October 23, 2025 11:15:51 AM  
> **To:** Edward Kopko <ekopko@kopko.law>  
> **Subject:** Re: Cross Claims Filed against Hailey
>
> Okay, thank you for clarifying. Will your office be notifying the court that you are no longer representing Hailey?
>
>> On Thu, Oct 23, 2025 at 10:52 AM Edward Kopko <ekopko@kopko.law> wrote:
>> You may not have gotten my previous response where I recommended that you immediately contact Atty. Peter Schaefer come out a bankruptcy attorney based in Syracuse. In my opinion, you are much better off spending money to seek the discharge of any claim in bankruptcy rather than hiring me or someone else to defend this expensive case. As I explained before, I cannot continue to be involved in the case without getting paid a retainer, which will be $15,000.
>>
>> Thank you
>>
>> Edward E Kopko, Lawyer, P.C.
>> *Please be sure to send all communication to office@kopko.law. Communication to this address will be distributed to the entire staff for a prompt response. Service by email is both accepted and encouraged.*
>>
>> **From:** val demkovich <vdemkovich1125@gmail.com>  
>> **Sent:** Thursday, October 23, 2025 9:25:07 AM

Hailey L. Demkovich
422 Payne Road
Endicott, NY 13760





7010 3090 0003 6889 6338

US District Court Clerk
James M. Hanley Federal Building
100 S Clinton Street
Syracuse, NY 13261



U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
JAN 30 2026
RECEIVED

13261-610499



Hailey L. Demkovich
422 Payne Road
Endicott, NY 13760

7010 3090 0003 6889 6345

The Honorable Mitchell Katz
US District Judge
United States District Court, Northern
District of New York
100 S. Clinton Street
Syracuse, NY 13261



U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
JAN 30 2026
RECEIVED

13261-610100