**WHITEMAN**

**OSTERMAN**

**& HANNA** LLP

Attorneys at Law
*www.woh.com*

One Commerce Plaza
Albany, New York 12260
518.487.7600 phone
518.487.7777 fax

Christina F. Vitolo
Associate
518.487.7748 phone
*cvitolo@woh.com*

July 9, 2026

**VIA ECF**

Honorable Anthony J. Brindisi
U.S. District Judge
Northern District of New York
100 S. Clinton Street
Syracuse, New York 13261

      Re:    *Kweller v. The County of Broome et al.*,
           NDNY Case No. 3:24-cv-01328-AJB-MJK

Dear Judge Brindisi:

I have appeared in this matter on behalf of Defendants City of Binghamton, City of Binghamton Police Department, Amanda Miller, Cory Minor, and Joseph T. Zikuski (collectively the "WOH-Represented Defendants") (Dkt. No. 95). The WOH-Represented Defendants were terminated from this action by a Decision and Order issued by Your Honor on September 24, 2025 (Dkt. No. 106). Counsel for the WOH-Represented Defendants has remained on the docket to monitor this matter on behalf of the WOH-Represented Defendants.

I am writing to inform the Court that I am leaving the law firm of Whiteman Osterman & Hanna LLP. As a result of my departure, I am ceasing all legal representation of clients associated with Whiteman Osterman & Hanna LLP, including the WOH-Represented Defendants.

In light of the above, I respectfully request that I be removed from the docket in this matter, pursuant to Local Rule 11.1(b).

           Respectfully submitted,

           *s/ Christina F. Vitolo*

           Christina F. Vitolo
           NDNY Bar No. 704738

4921-3179-1548,